**PERKINS COIE**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

July 5, 2022

Brian J. Turoff
BTuroff@perkinscoie.com
D. +1.212.261.6930
F. +1.212.977.1649

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:   Davis v. Motocaddy, Inc.
      Civil Action No.: 1:22-cv-04549-LGS

Dear Judge Schofield:

We represent Defendant Motocaddy, Inc. ("Motocaddy") in the above-captioned matter. We write, with Plaintiff's consent, to request a 30-day extension of the deadline by which Motocaddy may respond to the complaint in this matter.  Motocaddy's response is presently due on July 7, 2022.  The new deadline would be August 8, 2022.  This is the first request for an extension of this deadline and granting this request will not affect any other scheduled dates.

We thank the Court for its time and consideration in this matter.

Very truly yours,

*/s/ Brian J. Turoff*
Brian J. Turoff

The application is **GRANTED**.  By **August 8, 2022**, Defendant shall file an answer or otherwise respond to the Complaint.  The Clerk of Court is respectfully directed to close the motion at Docket No. 6.

Dated: July 6, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Perkins Coie LLP