**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

August 4, 2022

Brian J. Turoff
BTuroff@perkinscoie.com
D. +1.212.261.6930
F. +1.212.977.1649

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:   Davis v. Motocaddy, Inc.**
**         Civil Action No.: 1:22-cv-04549-LGS**

Dear Judge Schofield:

We represent Defendant Motocaddy, Inc. ("Motocaddy") in the above-captioned matter. We write, with Plaintiff's consent, to request a 30-day extension of the deadline by which Motocaddy may respond to the complaint in this matter. Motocaddy's response is presently due on August 8, 2022. The new deadline would be September 7, 2022. This is the second request for an extension of this deadline and granting this request will not affect any other scheduled dates. The reason for the request is to allow the parties sufficient time to explore the possibility of an early resolution.

We thank the Court for its time and consideration in this matter.

Very truly yours,

*/s/ Brian J. Turoff*
Brian J. Turoff

Application **GRANTED**.  By **September 7, 2022**, Defendant shall file an answer or otherwise respond to the Complaint.  The Clerk of Court is respectfully directed to close the motion at Docket No. 10

Dated: August 5, 2022
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Perkins Coie LLP