UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

KEVIN DAVIS, Individually, and On Behalf   :   Case No.: 1:22-CV-04549-LGS
of All Others Similarly Situated,                   :

                                          :

                         Plaintiff,   :

                                          :

       vs.                                     :   **NOTICE OF SETTLEMENT**

                                          :

MOTOCADDY, INC.                         :

                                          :

                      Defendant.   :

                                          :

---------------------------------------------------------- x

         Plaintiff Kevin Davis ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Motocaddy, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

         1.      A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

         2.      The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  September 7, 2022          **MIZRAHI KROUB LLP**


                                   _____/s/ Edward Y. Kroub_____
                                            EDWARD Y. KROUB

                                   EDWARD Y. KROUB
                                   JARRETT S. CHARO
                                   WILLIAM J. DOWNES
                                   200 Vesey Street, 24th Floor
                                   New York, NY  10281
                                   Telephone:  212/595-6200
                                   212/595-9700 (fax)
                                   ekroub@mizrahikroub.com
                                   jcharo@mizrahikroub.com
                                   wdownes@mizrahikroub.com

                                   *Attorneys for Plaintiff*